1044

No. 85–6150. IN RE NELSON. Petition for writ of mandamus denied.

No. 85–6126. IN RE LARTEY; and

No. 85–6183. IN RE MAY. Petitions for writs of mandamus and/or prohibition denied.

No. 85–693. ASAHI METAL INDUSTRY CO., LTD. v. SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY (CHENG SHIN RUBBER INDUSTRIAL CO., LTD., REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari granted.

No. 85–781. BURKE, ACTING ARCHIVIST OF THE UNITED STATES, ET AL. v. BARNES ET AL. C. A. D. C. Cir. Certiorari granted.

No. 85–920. ALASKA AIRLINES, INC., ET AL. v. BROCK, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari granted.

No. 85–971. CLARKE, COMPTROLLER OF THE CURRENCY v. SECURITIES INDUSTRY ASSN.; and

No. 85–972. SECURITY PACIFIC NATIONAL BANK v. SECURITIES INDUSTRY ASSN. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 244 U. S. App. D. C. 419, 758 F. 2d 739, and 247 U. S. App. D. C. 42, 765 F. 2d 1196.

No. 84–1747. SHOULTZ v. MONFORT OF COLORADO, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–489. JACQUES v. ALDRICH, UNITED STATES DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–569. DRAVO BASIC MATERIALS CO. ET AL. v. LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.